**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LAURA D. CERRACCHIO,

        Respondent

        v.

DAVID J. ZUKOWSKI,

        Petitioner

:  No. 445 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.